MURDOCK, Judge.
AFFIRMED. NO OPINION.
See Rule 53(a)(1) and (a)(2)(C), Ala. R.App. P.; § 26-18-7, Ala.Code 1975; Ex parte State Dep’t of Human Res., 834 So.2d 117 (Ala.2002); Sea Calm Shipping Co. v. Cooks, 565 So.2d 212, 216 (Ala.1990); Ex parte Beasley, 564 So.2d 950 (Ala. 1990); In re Moore, 470 So.2d 1269 (Ala. Civ.App.1985); In re Burnett, 469 So.2d 627 (Ala.Civ.App.1985); M.H.J. v. State *664 Dep’t of Human Res., 785 So.2d 372 (Ala. Civ.App.2000); Z.G. v. State Dep’t of Human Res., 717 So.2d 801 (Ala.Civ.App. 1998); E.J.W. v. State Dep’t of Human Res., 709 So.2d 57 (Ala.Civ.App.1998); J.N. v. Calhoun County Dep’t of Human Res., 706 So.2d 1265 (Ala.Civ.App.1997); W.F. v. State Dep’t of Human Res., 704 So.2d 483 (Ala.Civ.App.1997); M.S. v. State Dep’t of Human Res., 648 So.2d 584 (Ala.Civ.App. 1994); J.L.B. v. State Dep’t of Human Res., 608 So.2d 1367 (Ala.Civ.App.1992); F.W.P. v. State Dep’t of Human Res., 606 So.2d 153 (Ala.Civ.App.1992); and S.L. v. State Dep’t of Human Res., 578 So.2d 1372 (Ala.Civ.App.1991).
YATES, P.J., and THOMPSON and PITTMAN, JJ., concur.
CRAWLEY, J., dissents.